ZENO B. BAUCUS
CHAD C. SPRAKER
U.S. Attorney's Office
2601 Second Avenue North
Box 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: zeno.baucus@usdoj.gov
        chad.spraker@usdoj.gov

**FILED**

SEP 0 8 2015

Clerk, U.S. District Court
District Of Montana
Helena

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | FILED UNDER SEAL PURSUANT TO L.R. 49.1(2) |
|---|---|
| Plaintiff, | |
| | CR 14-117-BLG-SPW |
| vs. | |
| | MOTION TO VACATE |
| LA MONETA CAMBIO SA, | APPEARANCE DATE AND |
| GERMAN COPPOLA, PABLO | REISSUE SUMMONS FOR |
| COPPOLA, and FRANCISCO | DEFENDANT GERMAN |
| PAGANO, | COPPOLA |
| | |
| Defendants. | |

The United States of America, by and through Assistant United States

Attorneys Zeno B. Baucus and Chad C. Spraker, moves the Court to vacate the

September 17, 2015, appearance date and reissue a new summons for the week of October 18 or October 25, 2015, as it relates to Defendant German Coppola.

On November 20, 2014, a Montana Grand Jury returned a criminal Indictment charging German Coppola and other named defendants with money laundering-related charges. A warrant was issued for the arrest of German Coppola as a result. On December 10, 2014, the Court granted the United States' motion to unseal the Indictment for the limited purpose of providing it to defense counsel. Doc. 12. A copy of the sealed Indictment was subsequently provided to German Coppola's counsel. Pursuant to a motion of the United States, the Court quashed the arrest warrant as to German Coppola and issued a criminal summons for Mr. Coppola to appear on September 17, 2015. [Doc. 25] Mr. Coppola's counsel accepted service of the summons on behalf of Mr. Coppola and Mr. Coppola began making arrangements to travel to the United States to appear on the current charges.

Through counsel, Mr. Coppola has stated that he has been unable to procure the necessary travel documents such that his ability to travel by September 17, 2015, is in doubt. Without those documents he would be unable to travel to the United States and appear on September 17, 2015. Mr. Coppola's counsel, who has confirmed in writing he will accept a new criminal summons on behalf of his

2

client, has requested that his appearance date be continued to the week of October 18 or 25, 2015. This should provide for sufficient time for Mr. Coppola to obtain his necessary travel documents such that he can enter the United States and appear in Billings, Montana. As such, the United States respectfully requests that this Court vacate the September 17, 2015, appearance date and issue a new summons for the week of October 18 or 25, 2015. The United States would transmit the new summons to Mr. Coppola's counsel to effectuate service. The United States also anticipates that this is the final time it will seek an extension of Mr. Coppola's appearance date.

DATED this 8th day of September, 2015.

MICHAEL W. COTTER
United States Attorney

CHAD C. SPRAKER
Assistant U.S. Attorney
Attorney for United States

3

## CERTIFICATE OF COMPLIANCE

Pursuant to D. Mont. LR 7.1(d)(2) and CR 12.1(e), the attached Motion to Quash Arrest Warrant and Issue Summons is proportionately spaced, has a typeface of 14 points or more, and the body contains 374 words.

for CHAD C. SPRAKER
Assistant U.S. Attorney
Attorney for United States