**LODGED**

OCT 1 3 2015

Clerk, U.S. District Court
District Of Montana
Helena



FILED

OCT 1 4 2015

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff. vs. LA MONETA CAMBIO SA, GERMAN COPPOLA, PABLO COPPOLA, and FRANCISCO PAGANO, Defendants. | CR 14-117-BLG-SPW ORDER |

The United States has filed a Motion to Vacate Appearance Date and Reissue Summons for Defendant German Coppola. For good cause appearing, IT IS ORDERED that the motion is GRANTED and that German Coppola's initial appearance/arraignment date now set on October 19, 2015, is VACATED and RESET for Friday, November 13, at 2:30 p.m.

The Clerk is directed to issue a new summons.

DATED this 14th day of October, 2015.

1

CAROLYN S. OSTBY
United States Magistrate Judge
District of Montana