

FILED

FEB 29 2016

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

UNITED STATES OF AMERICA,

                                      CASE NO. CR 14-117-BLG-SPW

    Plaintiff,

vs.

LA MONETA CAMBIO SA,
GERMAN COPPOLA,
PABLO COPPOLA
AND FRANCISCO PAGANO

    Defendant.

_____/

## AFFIDAVIT OF ANDREW S. ITTLEMAN, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

STATE OF FLORIDA       )
                                  )SS
COUNTY OF MIAMI-DADE  )

      **Andrew S. Ittleman, Esquire**, being first duly sworn, and in accordance with Local Rule 83.1(d)(3) of the Rules Governing the Admission and Practice of Attorneys for the United States District Court for the District of Montana, subscribes and affirms the following to be true under penalty of perjury, and in support thereof states as follows:

      1.     Affiant, **Andrew S. Ittleman, Esquire** of the firm Fuerst Ittleman David & Joseph PL., is a resident of the state of Florida, whose office contact information is as follows:

                             **Fuerst Ittleman David & Joseph, PL**
                             **1001 Brickell Bay Drive**
                             **32nd Floor**
                             **Miami, FL 33131**
                             • **T: 305.350.5690**
                             • **F: 305.371.8989**
                             • aittleman@fuerstlaw.com

2. Affiant has paid the admission fee, of $250.00 to the Clerk of Court.

3. Affiant is proficient in electronic filing and familiar with the administrative procedures and guidelines for the Federal District Courts.

4. Affiant is admitted to practice in the following court(s):

| Court | Date Admitted |
|---|---|
| Florida | 9-22-2004 |
| U.S. Supreme Court | 10-1-2011 |
| U.S. Court of Federal Claims | 3-14-2013 |
| U.S. Court of Appeals for the Third Circuit | 11-8-2010 |
| U.S. Court of Appeals for the Eighth Circuit | 5-27-2008 |
| U.S. Court of Appeals for the Tenth Circuit | 6-18-2009 |
| U.S. Court of Appeals for the Eleventh Circuit | 1-14-2011 |
| U.S. Court of Appeals for the D.C. Circuit | 8-15-2007 |
| U.S. Court of Appeals for the Federal Circuit | 10-3-2013 |
| United States Tax Court | 2-17-2009 |
| United States District Court for the Southern District of Florida | 1-27-2005 |
| United States District Court for the District of Colorado | 9-5-2007 |
| United States District Court for the Northern District of Illinois | 7-16-2009 |
| United States District Court for the District of Western Michigan | 4-15-2011 |

5. Affiant is in good standing and eligible to practice in the aforementioned courts, and applicant has not been suspended or disbarred in any other court.

6. Affiant has never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed.R.Civ.P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

7. Affiant has not concurrently, or previously made any other *pro hac vice* applications to this court.

8. Affiant understands that *pro hac vice* admission in this Court is personal to the attorney only and is not admission of a law firm and that the attorney will be held fully accountable for the conduct of the litigation in this Court.

Further affiant sayeth naught.

_____
ANDREW S. ITTLEMAN, ESQ

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 16 day of February 2016, by Andrew S. Ittleman Esq.

Jamie Daryl Kaltz
Commission # FF172368
Expires: OCT 28, 2018
BONDED THRU
1ST FLORIDA NOTARY, LLC

(Seal)                                   Signature of Notary Public
Print, Type/Stamp Name of Notary
Personally known: __X__
OR Produced ID: _____
Type of ID Produced: _____