

# FILED

DEC - 2 2016

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 14-117-BLG-SPW |
| Plaintiff, | |
| vs. | |
| LA MONETA CAMBIO SA and GERMAN COPPOLA, | **ORDER** |
| Defendants, | |

_____/

UPON the Defendant German Coppola's ("Coppola") Unopposed Motion for Issuance of a Third Party Subpoena (Doc. 96) to the Records Custodian of California's Department of Business Oversight, Division of Financial Institutions ("DFI") filed on December 1, 2016, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1.     The Unopposed Motion to Issue the Third Party Subpoena Duces Tecum pursuant to Fed. R. Crim. R. 17(c) is hereby **GRANTED**.

2.     The Subpoena Duces Tecum to DFI shall be served expeditiously and in accordance with the law by the United States Marshals Service, or its designee.

3.     The Records Custodian for DFI shall produce the records requested in

the Supoena Duces Tecum directly to:

>        Andrew Ittleman
>        Fuerst Ittleman David & Joseph, PL
>        1001 Brickell Bay Drive, Suite 3112
>        Miami, FL 33131
>        aittleman@fuerstlaw.com
>        305-350-5690

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the _____ 2nd _____ day of December, 2016.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE