**ZENO B. BAUCUS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, Montana 59101**
**Phone:** (406) 657-6101
**FAX:** (406) 657-6989
**Email:** zeno.baucus@usdoj.gov

**FILED**

SEP 12 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 14-117-BLG-SPW** |
| **Plaintiff,** | **SUPERSEDING INFORMATION** |
| **vs.** | **FAILURE TO FILE TAX RETURN (Count I)** |
| **GERMAN COPPOLA,** | **Title 26 U.S.C. § 7203** |
| **Defendant.** | **(Penalty: Maximum one year imprisonment, $100,000 fine, and one year supervised release)** |

THE UNITED STATES ATTORNEY CHARGES:

During the calendar year 2011, German Coppola, on behalf of Trade Wings,

Inc., had and received gross income and by reason of such gross income he was

required by law, on or before April 15, 2012, to make an income tax return to any

proper officer of the Internal Revenue Service on behalf of Trade Wings, Inc.,

1

FILED

SEP 12 2016

Clerk, U.S. Courts
District Of Montana
Billings Division

stating specifically the items of his gross income and any deductions and credits to which Trade Wings, Inc. was entitled; that well knowing and believing all of the foregoing, he did willfully fail to make an income tax return to any proper officer of the Internal Revenue Service, all in violation of 26 U.S.C. § 7203, a misdemeanor.

DATED this _12_ day of September, 2018.

ZENO B. BAUCUS
Assistant U.S. Attorney
Attorney for Plaintiff

KURT G. ALME
United States Attorney
Attorney for Plaintiff

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff