FILED

SEP 17 2018

Clerk, U S District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAN COPPOLA,<br><br>Defendant. | CR 14-117-BLG-SPW-2<br><br>ORDER |

This Court previously referred Defendant's Motion to Change Plea (Doc. 132), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing. On September 14, 2018, the Defendant plead guilty before Magistrate Judge Timothy J. Cavan to a Class A Misdemeanor. The parties subsequently filed a Consent to Proceed before a Magistrate Judge in a Misdemeanor Case (Doc. 143). Therefore,

1

IT IS FURTHER ORDERED that this case shall remain referred to Magistrate Judge Timothy J. Cavan for SENTENCING.

DATED this 17th day of September, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge