IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERMAN COPPOLA, <br><br> Defendant. | CR-14-117-BLG-TJC-2 <br><br> **ORDER** |

Before the Court is Defendant's Unopposed Motion to Proceed Without Local Counsel. (Doc. 169.) The Court does not find that extraordinary circumstances have been shown under Local Rule 83.1(d)(6). Accordingly, Defendant's motion is DENIED. *Pro hac vice* counsel, Andrew S. Ittleman, shall secure new local counsel pursuant to Local Rule 83.1(d)(2) by no later than **March 8, 2019**, in order to be permitted to continue his representation of Defendant.

DATED this 21st day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1