# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAN COPPOLA,<br><br>Defendant. | CR 14-117-BLG-SPW-TJC-2<br><br><br><br>ORDER |

Pending before the Court is the motion of the United States of America to dismiss without prejudice the indictment against defendant German Coppola (Doc. 195). For good cause shown,

IT IS HEREBY ORDERED that the indictment against defendant German Coppola is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of April, 2019.

SUSAN P. WATTERS
United States District Judge

1