IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAN COPPOLA,<br><br>Defendant. | CR-14-117-BLG-TJC-2<br><br>**ORDER CORRECTING CLERICAL ERROR AND AMENDING JUDGMENT AND TERMINATING PROBATION** |

Before the Court is Defendant German Coppola's Unopposed Motion for Order Correcting Clerical Error and Amending Judgment and Terminating Probation. (Doc. 250.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED as follows:

1. The Court will make the following amendment to page 2 of the Judgment (Doc. 193) to correct a clerical error: "The term of probation will be inactive while the defendant is not residing in the United States" is amended to "The term of probation will be unsupervised while the defendant is not residing in the United States." The Court will file an amended Judgment reflecting the change.

/ / /

/ / /

2.  More than one year having passed since the date of original judgment, Defendant's term of probation is TERMINATED.

DATED this 29th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge